IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KELLWIN ORLANDO GREEN,        §
    ID # 833953,        §
       Petitioner,        §
                §
v.        §        No. 3:15-CV-884-K-BW
                §
DIRECTOR, TDCJ-CID,        §
       Respondent.        §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Motion for Relief from Judgment Through Independent Action in Equity for Relief Pursuant to Fed.R.Civ.P. 60(d)(1), and Under 60(b)(1), (b)(3), (b)(4), and 60(d)(3), received on February 3, 2026 (Dkt. No. 7) is **DENIED**.

Further, Petitioner Kellwin Orlando Green is hereby **BARRED** from filing any further post-judgment motions in his closed § 2254 cases that challenge the denial of his § 2254 petition as barred by the statute of limitations, and from filing, either directly or indirectly, any future civil action in this district—including habeas

petitions and civil rights complaints—that challenge his 1998 state conviction or the denial of his § 2254 petition as barred by the statute of limitations, unless he first obtains leave of court to so file from a United States District Judge or a United States Magistrate Judge in this district, through a proper motion for leave to file the post-judgment motion or civil action.

To obtain leave to file in this district, Petitioner must file an "Application Pursuant to Court Order Seeking Leave to File," with a copy of the proposed filing, and certify that: (1) the claim or claims presented have never been raised and disposed of on the merits by any federal court; and (2) the claim or claims are not frivolous or taken in bad faith. Any application seeking leave to file in this district must either cite to or attach a copy of this sanction order.

**SO ORDERED.**

**Signed June 30th, 2026.**

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE

2